No. 80–459. DUNCAN ET AL. *v.* PENINGER. C. A. 4th Cir. Certiorari denied.

No. 80–486. KARAS *v.* UNITED STATES; and

No. 80–490. PECORA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 624 F. 2d 500.

No. 80–496. BURNS ET AL. *v.* GULF OIL CORP. C. A. 5th Cir. Certiorari denied.

No. 80–497. TOWRY *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–528. SAVARESE *v.* HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 80–535. CONCERNED PARENTS & CITIZENS FOR THE CONTINUING EDUCATION AT MALCOLM X (P. S. 79) ET AL. *v.* NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–541. COUNTY OF FAIRFAX, VIRGINIA, ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–573. SMITH, ADMINISTRATRIX *v.* CHESAPEAKE & OHIO RAILROAD CO. C. A. 6th Cir. Certiorari denied.

No. 80–583. WHEELING-PITTSBURGH STEEL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 80–594. AMERADA HESS CORP. *v.* UNITED STATES; and

No. 80–605. KAYO OIL CO. ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 624 F. 2d 461.

No. 80–598. JOLY *v.* CREEDON. C. A. 1st Cir. Certiorari denied.